Christian Keeney CA Bar No. 269533
christian.keeney@ogletree.com
Alis M. Moon CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
Central Transport, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BUTLER,<br><br>   Plaintiff,<br><br>  v.<br><br>CENTRAL TRANSPORT, LLC,<br>DOES 1 to 20,<br><br>   Defendants. | Case No. 17-cv-02710-KJM-CMK<br><br>**JOINT STIPULATION REGARDING DISCOVERY DISCLOSURES; ORDER GRANTING STIPULATION IN PART**<br><br>Complaint Filed: September 1, 2017<br>Trial Date: None Set<br>District Judge: Kimberly J. Mueller |

Butl.2710.Stip.LF.k.docx

Plaintiff Randall Butler ("Plaintiff") and Defendant Central Transport, LLC ("Defendant") (collectively referred to as "the parties") hereby enter into the following Stipulation regarding discovery disclosures:

WHEREAS, on May 3, 2018, Plaintiff indicated that intended to amend his Complaint to bring class and/or collective action claims against Defendant;

WHEREAS, on May 10, 2018, the parties attended the Court's Initial Scheduling Conference; and,

WHEREAS, at the Initial Scheduling Conference, the parties agreed to engage in certain discovery to allow Plaintiff to determine whether he intends to file a motion to amend his pleadings to bring class and/or collective action claims against Defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and respectfully requested that the Court approve the same:

1. Within 40 days of the Court's approval of this Stipulation, Defendant agrees to answer Plaintiff's interrogatories and respond to Plaintiff's request for production listed below:

**Interrogatory No. 1:**

As to any location in any state where Defendant Central Transport, LLC employs a terminal manager or any person in a similar position, please list the address of each location and the number of such persons at each location.

**Interrogatory No. 2:**

Please state all facts upon which you base your claim that Plaintiff Randall Butler was an employee exempt from the wage and hour laws of California.

**Request for Production:**

Please produce all writings upon which you base your denial that Plaintiff Randall Butler was an employee exempt from the wage and hour laws of California.

1. Nothing contained herein shall constitute a waiver of any privilege. Defendant shall provide a privilege log as to any information or document it declines to provide based on privilege.

2. Upon receipt of the information from Defendant, Plaintiff shall have 40 days to inform the Court whether Plaintiff intends to amend his Complaint. If Plaintiff communicates his intent to amend his Complaint, the Court shall issue a briefing schedule for Plaintiff's Motion for Leave to Amend.

3. Other than the discovery described herein, all other discovery shall be stayed until Plaintiff determines whether he will amend his Complaint. In the event Plaintiff moves to amend his Complaint, the parties agree that discovery shall be stayed until the Court determines whether Leave to Amend should be granted.

DATED: May 25, 2018  LAW OFFICES OF MICHAEL COGAN

By: /s/ Michael Cogan
Michael Cogan
Attorneys for Plaintiff
Randall Butler

DATED: May 25, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alis M. Moon
Christian Keeney
Alis M. Moon
Attorneys for Defendant
Central Transport, LLC

Butl.2710.Stip.LF.k.docx

The court approves paragraphs 1 and 3 of the parties' stipulation. Paragraph 2 is modified as follows:

> Upon receipt of the information from Defendant, Plaintiff shall have forty (40) days to file a motion to amend his Complaint. If no motion to amend is filed, the parties shall file a joint status report within the next **fourteen (14) days** providing all the information called for by this court's standing orders.

IT IS SO ORDERED.

DATED: June 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
*Randall Butler v. Central Transport, LLC, et al.*
Case No. 17-cv-02710-KJM-CMK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 5, 2018, I served the following document(s):

**JOINT STIPULATION REGARDING DISCOVERY DISCLOSURES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Cogan<br>Attorney At Law<br>1388 Court Street, Suite E<br>Redding, CA 96001<br>Telephone: (530) 246-1112<br>Facsimile: (530) 243-6079 | Attorneys for Plaintiff,<br>RANDALL BUTLER<br>Email: michaelcogan@sbcglobal.net;<br>aeturner410s@hotmail.com |

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)**: I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 5, 2018, at Costa Mesa, California.

Diane Vo
Type or Print Name                          Signature

34126937.1

Butl.2710.Stip.LF.k.docx

4        Case No. 17-cv-02710-KJM-CMK
JOINT STIPULATION REGARDING DISCOVERY DISCLOSURES