Michael Cogan CA Bar No. 65479
Law Offices of Michael Cogan
1388 Court Street, Suite E
Redding, CA 96001
Telephone: 530.246.1112
Facsimile: 530.243.6079

Attorneys for Plaintiff Randall Butler

Christian Keeney CA Bar No. 269533
christian.keeney@ogletree.com
Alis M. Moon CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
Central Transport, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BUTLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL TRANSPORT, LLC,<br>DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. 17-cv-02710-KJM-DMC<br><br>**ORDER TO STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE**<br><br>Complaint Filed:　September 1, 2017<br>Trial Date:　　　None Set<br>District Judge:　Kimberly J. Mueller<br>Magistrate Judge:　Dennis M. Cota |

# **ORDER**

Pursuant to the Stipulation made and entered into by the Parties, and for good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The dispositive motion hearing deadline is continued from January 17, 2020 to April 24, 2020.

IT IS SO ORDERED.

Dated: December 2, 2019.

_____
UNITED STATES DISTRICT JUDGE